In the Matter of ANONYMOUS, Appellant.— In a proceeding pursuant to article 7 of the Family Court Act against an infant under the age of 16 years, the infant appeals, pursuant to permission granted by this court, from an order of the Family Court, Kings County, made November 29, 1965, which, after a fact-finding hearing, determined that the infant did an act which, if done by an adult, would constitute a crime. Order affirmed, without costs. The appellant, with knowledge that an automobile had been stolen, entered the car at the invitation of two boys. The driver was about 15 years of age. The automobile collided with two parked automobiles. In our opinion, a person who enters a stolen car, with knowledge that it has been stolen, although another person drives the car, uses the automobile for her own use or purpose within the meaning of section 1293-a of the Penal Law. Therefore, the appellant's act was one which, if done by an adult, would constitute a crime (cf. *People* v. *Strasburg,* 13 A D 2d 510). Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

In the Matter of ALFRED J. CONFORTI, an Attorney.— The above named, Alfred J. Conforti, having been admitted to practice as an attorney and counselor at law on October 21, 1931; and it appearing that on January 20, 1966 judgment was entered in the United States District Court for the Southern District of New York, convicting him of forgery, and that on May 13, 1966 such judgment of conviction was affirmed by the United States Circuit Court of Appeals for the Second Circuit; and he having submitted his resignation, sworn to June 23, 1966, from the office of attorney and counselor at law, such resignation is hereby accepted and his name is directed to be struck from the roll of attorneys, effective July 5, 1966. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.